USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 13 2016

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MISBAH UDDIN and SHARIF UDDIN, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>-against-<br><br>INTERSTATE MANAGEMENT COMPANY, LLC d/b/a NOMO SOHO; 9 CROSBY, LLC; GERARD GUEZ; ROTEM ROSEN; ALEX SAPIR; CARRIE SHANNON MCINTYRE; ERICA HILARY HAGEMAN; and other related entities,<br><br>      Defendants. | 16 Civ. 2149 (AJN)<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the Plaintiffs and attorneys for the Defendants that the above-captioned action is voluntarily dismissed, without prejudice, as against the defendants 9 CROSBY, LLC, GERARD GUEZ, ROTEM ROSEN, ALEX SAPIR, CARRIE SHANNON MCINTYRE and ERICA HILARY HAGEMAN, without costs to any party as against the other.

For purposes of this Stipulation facsimile signatures may be deemed originals.

Dated: New York, New York
June 10, 2016

PRYOR CASHMAN LLP

By: _____
  Joshua Zuckerberg, Esq.

7 Times Square, 40th Floor
New York, New York 10036
Telephone: 212-326-0885

*Attorneys for Defendants*
*9 CROSBY, LLC, GERARD GUEZ,*
*ROTEM ROSEN and ALEX SAPIR*

LEEDS BROWN LAW, P.C.

By: _____
  Brett R. Cohen, Esq.

One Old Country Road, Suite 347
Carle Place, NY 11514
Telephone: 516-873-9550

*Attorneys for Plaintiffs*

Case 1:16-cv-02149-AJN   Document 22   Filed 06/10/16   Page 2 of 2

LECLAIR RYAN

By: /s/ Madeleine Cassetta
Madeleine E. Cassetta, Esq.

885 Third Avenue, 16th Floor
New York, NY 10022
212-634-5015

and

LORENGER & CARNELL PLC

By: /s/ Michael Lorenger
Michael J. Lorenger, Esq.
(admitted *pro hac vice*)
651 South Washington Street
Alexandria, Virginia 22314
mlorenger@lorengercarnell.com
(703) 684-1808
(703) 684-1805 (f)

*Attorneys for Defendants* INTERSTATE MANAGEMENT COMPANY, LLC d/b/a NOMO SOHO, CARRIE SHANNON MCINTYRE, ERICA HILARY HAGEMAN

SO ORDERED:

/s/ Alison J. Nathan
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

6/13/16

2